**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

v.                                                          CASE NO. 3:08cr79/MCR

CLAUDIA CONSTANCE HIRMER,
MARK STEVEN HIRMER,
EUGENE JOSEPH CASTERNOVIA,
ROBERT LEIGHTON PENDELL,
ARNOLD RAY MANANSALA,
DOVER EUGENE PERRY,
MICHAEL GUY LEONARD,
MARK DANIEL LEITNER,
ARTHUR RAMIREZ MERINO
and JEFFRY JEAN JENKS
                                                        /

**O R D E R**

The indictment in this case was returned on August 21, 2008. Since that time, the parties have participated in extensive electronic discovery and have filed periodic status reports regarding their discovery progress. The most recent status reports filed in August 2009 reflect that, as of that time, the majority of defense counsel had expended approximately 100 hours, with some counsel expending over 300 hours, in review of discovery materials provided by the government on computer hard drive. At that time, counsel had reportedly reviewed between 10% and 50% of the materials on the hard drive. In an effort to allow a more efficient review of discovery materials, the court has since ordered the government to narrow their discovery by providing defendants a descriptive index of any electronic documents originating on the hard drive which the government may introduce at trial. (*See* docs. 558 & 589). Pursuant to the government's response filed October 2, 2009 (doc. 595), the indexing and copying of potential trial exhibits from the

hard drive onto separate discs should be accomplished and provided to defendants no later than January 1, 2010.[1]

In consideration of the foregoing and in the interests of justice, the court shall proceed to trial in this matter on a special three month trial docket created to commence **Monday, March 1, 2010**. A pretrial conference shall be held on **Friday, February 19, 2010, at 8:30 AM.**

**DONE and ORDERED** this 19th day of October, 2009.

_s/ M. Casey Rodgers_
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

---

[1] In addition, the court previously ordered the government to provide an index for the scanned documents appearing on Discs 1 and 3 on or before October 23, 2009. Shortly thereafter, the court will provide the parties with a computer program which will combine the scanned pages from a given document into a single file, and rename the file according to the document descriptions provided in the government's index, in order to ease the burden on defendants of browsing and printing the disclosed documents.

Case No.: 3:08cr79/MCR