Page 1 of 3

CLERK U.S. DISTRICT COURT
1 NORTH PALAFOX STREET
PENSACOLA, FLORIDA 32501

ARNOLD RAY MANANSALA
1519 TALBOT RD SOUTH
RENTON, WA 98057

FORWARD TIME EXP RTN TO SEND
MANANSALA, ARNOLD RAY
PMB 195
3030 SW 43RD ST STE K
RENTON WA 98057-4944
RETURN TO SENDER

HASLER
$0.44
US POSTAGE

:TRICT COURT
:T OF FLORIDA
DIVISION

CASE NO. 3:08cr79/MCR

: R

al in this case was scheduled on a special
, 2010. (See doc. 599). Thereafter, the
n various counsel of record.[1] Based on the
contacting the judges presiding over the
on of this trial and also requesting counsel
jarding continuances. It is the court's
1 resolved. Additionally, the government
us' pending extradition. The government
to trial only once, and while the court

separate state court civil trials scheduled during the
it Perry advised of several travel conflicts during the
I noted such travel could be cancelled as necessary
)4). Counsel for defendant Casternovia advised the