# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

   VS                                            CASE NO. 3:08cr79-MCR

ELLEN MEREDITH STUBENHAUS

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on July 17, 2012
Motion/Pleadings: UNITED STATES' MOTION TO DISMISS
Filed by Government on 7/17/2012 Doc.# 1712
RESPONSES:
          on       Doc.#
          on       Doc.#

\_\_\_ Stipulated    \_\_\_ Joint Pldg.
\_\_\_ Unopposed    \_\_\_ Consented

JESSICA J. LYUBLANOVITS,
CLERK OF COURT

s/ Susan Simms

LC (1 OR 2)           Deputy Clerk: Susan Simms

## *ORDER*

    *Upon consideration of the foregoing, it is ORDERED this 23rd day of July, 2012, that:*

    *The relief requested is GRANTED. The charges against Ellen Stubenhaus are DISMISSED.*

                                    s/ *M. Casey Rodgers*
                                    *M. CASEY RODGERS*
                          *Chief United States District Judge*